## STATE ROADS COMMISSION OF MARYLAND *v.* MARYLAND MATERIALS, INC.

[No. 126, September Term, 1964.]

*Decided January 6, 1965.*

The cause was argued before HAMMOND, HORNEY, MARBURY, SYBERT and OPPENHEIMER, JJ.

Carl H. Lehmann, Jr., and J. Thomas Nissel, Special Attorneys, with whom were Thomas B. Finan, Attorney General, Joseph D. Buscher, Special Assistant Attorney General, and Walter W. Claggett, Special Attorney, on the brief, for the appellant.

Leonard H. Lockhart, with whom was Harry J. Goodrick on the brief, for the appellee.

PER CURIAM.

The trial judge after a full hearing found that the failure of the appellant to transmit the record on appeal to the Court of Appeals in time was not, in the words of Md. Rule 825 d, "* * * occasioned by the neglect, omission or inability of the clerk of the lower court, the court stenographer or appellee * * *," and dismissed the appeal under Md. Rule 813. The facts found in the record clearly permitted the finding the trial judge made.

*Order affirmed, with costs.*